# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re                                                                Case No.   18−27269   gwe
                                                                     Chapter   13

                                                                     Adv. Proc. No.

Jenifer Antionette Griffin


Debtor(s).

### NOTICE OF HEARING COMBINED WITH RELATED INFORMATION
### RE FORM, MANNER AND SERVING OF NOTICE

60 – Expedited Motion to Reinstate Case Filed by Jimmy E. McElroy on behalf of Jenifer Antionette Griffin (McElroy, Jimmy) on December 10, 2018.

**NOTICE IS HEREBY GIVEN THAT:**

1. The hearing to consider the above shall be held on **January 10, 2019 at 09:00 AM in the United States Bankruptcy Court, 200 Jefferson Ave, Room 600, Memphis, TN 38103**

At the time of the hearing, it may be continued or adjourned from time to time by oral announcement of the continued or adjourned date and time, without further written notice.

2. **A copy of this Notice of Hearing has been served electronically by the Bankruptcy Noticing Center to the following entities:**

**All Parties on Servicing List**

Service upon any party other than those who received electronic service as noted above shall be the responsibility of the moving party within seven (7) days of receipt of this order pursuant to FED. R. BANKR. P. 2002, 9007, 9013, or 9014, and in the manner provided for service of a summons and complaint by FED. R. BANKR. P. 7004. The moving party herein (or attorney for moving party) within three (3) days after service shall file a certificate of service with the Bankruptcy Court Clerk, certifying notice of this order, motion, application, or Notice of Proposed Internet pursuant to FED. R. BANKR. P. 6004(a) and 6007(a)**.**

                                                          **Kathleen A Ford**
                                                          **CLERK OF COURT**

                                                          **BY: Jenifer Joiner**
                                                          _____

                                                          **Date:  December 11, 2018**

                                                          [ntchrgcomb2lf005]Order/Notice combined Rel 11−03